# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 14-1938

———————————————

Bobby Dwayne Williams

*Plaintiff - Appellant*

v.

Crawford County Sheriff's Office

*Defendant*

Sheriff Ron Brown, in his Individual and Official Capacity

*Defendant - Appellee*

————————

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

————————

Submitted: October 14, 2014
Filed: October 23, 2014
[Unpublished]

————————

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

————————

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Bobby Williams appeals following the district court's[1] grant of summary judgment in favor of Sheriff Ron Brown. On appeal, Williams renews his claims that he suffered health problems as a result of exposure to black mold in the shower and air vents while he was confined at the Crawford County Detention Center, and that he endured cold temperatures and humiliation when he was walked across the street to go to court. Following careful de novo review, we agree with the district court that the alleged presence of black mold was not a constitutional violation because "an outside agency . . . inspected and found no mold present," and that Williams's brief exposure to cold temperatures and the public view while he was made to cross the street to the courthouse did not amount to a constitutional violation. *See Mack v. Dillon*, 594 F.3d 620, 622 (8th Cir. 2010) (per curiam) (standard of review); *Owens v. Scott Cnty. Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003) (per curiam) (discussing unconstitutional conditions of confinement).

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable P.K. Holmes III, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.